## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas

v.                                          Case Number: 6:21−cv−00003

United States of America, et al.

---

### Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**PLACE:**

Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 1/22/2021

**TIME:** 04:00 PM

**TYPE OF PROCEEDING:** Motion Hearing

---

Date:   January 22, 2021                        Nathan Ochsner, Clerk