IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*. | Case No. 6:21-cv-00003 |

**[PROPOSED] ORDER GRANTING MOTION FOR
LEAVE TO FILE AMICUS BRIEF**

This matter comes before the Court on motion for leave for the ACLU of Texas to file an amicus brief regarding Plaintiff's Emergency Application for a Temporary Restraining Order. Having reviewed the parties' arguments and the proposed brief, the Court exercises its discretion to **GRANT** the motion. The amicus brief is deemed filed.

**IT IS SO ORDERED.**

Dated: January __, 2021　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Drew B. Tipton