# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *Plaintiff,* v. The UNITED STATES OF AMERICA; DAVID PEKOSKE, Acting Secretary of the United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. CUSTOMS AND BORDER PROTECTION; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TRACY RENAUD, Senior Official Performing the Duties of the Director of the U.S. Citizenship and Immigration Services, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *Defendants.* | Civ. Action No. 6:21-cv-00003<br><br>**ADVISORY REGARDING COURT'S QUESTION** |

At the hearing on Texas's emergency motion for a temporary restraining order, the Court asked whether Defendants are releasing the illegal aliens who they refuse to remove. The answer is yes.


Since the hearing, the press has reported that ICE officials in Texas have been instructed to not only "stop all removals" but also "[r]elease them all, immediately."[1] As far as Plaintiff can tell, Defendants have not denied the accuracy of the press report or the authenticity of the email on which it is based.

This development highlights the urgent need for relief. Defendants' refusal to remove illegal aliens is directly leading to the immediate release of additional illegal aliens in Texas. That will force the State to spend additional money on Emergency Medicaid, the Family Violence Program, the Children's Health Insurance Program, and public schools. *See* TRO Mot. at 16–17; Exs. D–E. Texas's financial injury is irreparable because "there is no source of recompense." *Texas v. United States*, 328 F. Supp. 3d 662, 737 (S.D. Tex. 2018).

The State of Texas respectfully requests that the Court either enter a TRO preventing Defendants from implementing the January 20 Memorandum or postpone the memorandum's effective date. As the internal ICE official email illustrates, each day Defendants are allowed to proceed, they will refuse to remove illegal aliens, release those aliens, and irreparably injure Texas.

---

[1] Tucker Carlson, *'Release them all, immediately': Email to ICE officers reveals chaos after Biden halted deportations*, Fox News (Jan. 22, 2020), https://www.foxnews.com/opinion/release-them-all-immediately-email-to-ice-officers-reveals-chaos-after-biden-halted-deportations.

Respectfully submitted this the 24th day of January, 2021,

    KEN PAXTON
    Attorney General of Texas

    BRENT WEBSTER
    First Assistant Attorney General

    PATRICK K. SWEETEN
    Associate Deputy Attorney General for
    Special Litigation

    /s/ William T. Thompson
    WILLIAM T. THOMPSON
    Special Counsel
    Special Litigation Unit
    *Attorney-in-Charge*
    Texas Bar No. 24088531
    Southern District of Texas Bar No. 3053077

    Special Litigation Division
    P.O. Box 12548
    Austin, Texas 78711-2548
    Phone: (512) 936-2567
    Fax: (512) 936-0545
    Patrick.Sweeten@oag.texas.gov
    Will.Thompson@oag.texas.gov
    Kathleen.Hunker@oag.texas.gov
    Joseph.Shaneyfelt@oag.texas.gov

    *Counsel for the State of Texas*

4

**CERTIFICATE OF SERVICE**

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 24, 2021. A true and accurate copy of the foregoing document will also be sent to the following addresses:

Adam.Kirschner@usdoj.gov
Brian.C.Rosen-Shaud@usdoj.gov
Brigham.Bowen@usdoj.gov
Daniel.Hu@usdoj.gov

/s/ William T. Thompson
WILLIAM T. THOMPSON