# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 6:21-cv-00003 |
| ) | |
| UNITED STATES OF AMERICA, *et al.* ) | |
| ) | |
| Defendants. ) | |

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of Defendants' Memorandum of Points and Authorities in Opposition to Plaintiff's Emergency Application for a Temporary Restraining Order was filed electronically (via CM/ECF) on January 24, 2021.

                                               */s/ Adam D. Kirschner*
                                               ADAM D. KIRSCHNER