UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, <br><br> Plaintiff, <br> v. <br><br> UNITED STATES OF AMERICA, *et al.* <br><br> Defendants. | No. 6:21-cv-00003 |

## NOTICE

In addition to taking the steps needed to comply with the Court's temporary restraining order, Defendants continue to work with dispatch to gather the information requested in the Court's minute order. The Defendants will supply information to the Court through a Declaration as soon as practicable upon gathering and verifying the requested information.

Dated: January 26, 2021

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General

AUGUST FLENTJE
Special Counsel

BRIGHAM J. BOWEN
Assistant Branch Director

 /s/ *Adam D. Kirschner*
ADAM D. KIRSCHNER
IL Bar. No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265

-1-

Fax: (202) 616-8460
Email: Adam.Kirschner@usdoj.gov
          Brian.C.Rosen-Shaud@usdoj.gov

<u>Mailing Address</u>:
Post Office Box 883
Washington, D.C. 20044

<u>Courier Address</u>
1100 L Street NW, Room 11020
Washington, D.C. 20005
*Attorneys for Defendants*


DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
State Bar No. 10131415
S.D. I.D. 7959
Southern District of Texas
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov
*Local Counsel*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on January 26, 2021.

*/s/ Adam D. Kirschner*
ADAM D. KIRSCHNER
