United States District Court
Southern District of Texas
**ENTERED**
January 28, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT OF TEXAS

## Motion and Order for Admission *Pro Hac Vice*

| Division | Victoria | Case Number | 6:21-cv-0003 |
|---|---|---|---|

| State of Texas |
|---|
| *versus* |
| United States, et al. |

| Lawyer's Name / Firm / Street / City & Zip Code / Telephone & Email / Licensed: State & Number / Federal Bar & Number | Lawrence J. Joseph<br>Law Office of Lawrence J. Joseph<br>1250 Connecticut Ave., NW, Ste. 700-1A<br>Washington, DC 20036<br>Tel: 202-355-9452<br>Email: ljoseph@larryjoseph.com<br>DC Bar #464777 |
|---|---|

| Name of party applicant seeks to appear for: | Movant/amicus Immigration Reform Law Institute |
|---|---|

| Has applicant been sanctioned by any bar association or court? Yes ____ No ✓ |
|---|
| On a separate sheet for each sanction, please supply the full particulars. |

| Dated: 1/27/2021 | Signed: /s/ Lawrence J. Joseph |
|---|---|

| The state bar reports that the applicant's status is: active |
|---|
| Dated: 1/27/21    Clerk's signature: KPapacin |

**Order**

This lawyer is admitted *pro hac vice*.

Dated: 1/27/2021

_____
United States District Judge