**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**VICTORIA DIVISION**

|  |  |
|---|---|
| STATE OF TEXAS,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    *Defendants*,<br><br>*and*<br><br>FIEL HOUSTON and REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES,<br><br>    *Intervenor-Defendants.* | Case No. 6:21-cv-00003 |

**[PROPOSED] ORDER GRANTING PROPOSED INTERVENORS' EMERGENCY**
**MOTION TO INTERVENE**

Pending before the Court is Proposed Intervenor-Defendants' Emergency Motion to

Intervene. After reviewing the Emergency Motion, any further briefing, and the record and

applicable law, the Court is of the opinion that it should be GRANTED.

It is SO ORDERED.

Signed this _____ of _____,

_____
Drew B. Tipton
United States District Judge

1