# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### VICTORIA DIVISION

| | | |
|---|---|---|
| **STATE OF TEXAS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No. 6:21-cv-00003** |
| | § | |
| **The UNITED STATES OF AMERICA;** | § | |
| **DAVID PEKOSKE, Acting Secretary of** | § | |
| **The United States Department of Homeland** | § | |
| **Security, in his official capacity;** | § | |
| **UNITED STATES DEPARTMENT OF** | § | |
| **HOMELAND SECURITY; TROY** | § | |
| **MILLER, Senior Official Performing the** | § | |
| **Duties of the Commissioner of U.S. Customs** | § | |
| **and Border Protection, in his official** | § | |
| **capacity; U.S. CUSTOMS AND BORDER** | § | |
| **PROTECTION; TAE JOHNSON, Acting** | § | |
| **Director of U.S. Immigration and** | § | |
| **Customs Enforcement, in his official** | § | |
| **capacity; U.S. IMMIGRATION AND** | § | |
| **CUSTOMS ENFORCEMENT; TRACY** | § | |
| **RENAUD, Senior Official Performing the** | § | |
| **Duties of the Director of the U.S. Citizenship** | § | |
| **And Immigration Services, in her official** | § | |
| **capacity; and U.S. CITIZENSHIP** | § | |
| **AND IMMIGRATION SERVICES,** | § | |
| | § | |
| **Defendants.** | § | |

## NOTICE TO THE PARTIES

In addition to any and all issues the parties see fit to address in their preliminary injunction briefing, the Court asks that they include the following:

What are the legal ramifications of deferring an individual's removal beyond the first 90 days following a final order of removal?  For instance, is the Attorney General accorded more discretion over an individual's final order of removal or detention after expiration of the "removal period"?  8 U.S.C. § 1231(a)(1)(A).

SIGNED this February 1, 2021.

**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**