# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS, *Plaintiff*, v. The UNITED STATES OF AMERICA; DAVID PEKOSKE, Acting Secretary of the United States Department of Homeland Security, in his official capacity; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; TROY MILLER, Senior Official Performing the Duties of the Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. CUSTOMS AND BORDER PROTECTION; TAE JOHNSON, Acting Director of U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; TRACY RENAUD, Senior Official Performing the Duties of the Director of the U.S. Citizenship and Immigration Services, in her official capacity; U.S. CITIZENSHIP AND IMMIGRATION SERVICES, *Defendants*. | Civ. Action No. 6:20-cv-00003 |

**APPENDIX IN SUPPORT OF**
**TEXAS'S MOTION FOR PRELIMINARY INJUNCTION**

# TABLE OF CONTENTS

| Ex. No. | Document Title |
|---|---|
| 1 | January 20, 2020 Pekoske Memorandum |
| 2 | Memorandum of Understanding Between Texas and DHS |
| 3 | DHS 2019 Yearbook; Table 39 |
| 4 | ERO Report FY2019 |
| 5 | ERO FY2019 Local Statistics |
| 6 | Decl. of T. Homan |
| 7 | FY2021 ICE Detention Statistics |
| 8 | ICE.gov Homepage |
| 9 | DHS Alien Incarceration Report, Fiscal Year 2017 |
| 10 | Decl. of R. Watlz |
| 11 | Decl. of B. Waybourn |
| 12 | Decl. of L. Lopez |
| 13 | Decl. of L. Kalakanis |
| 14 | DPS Texas Criminal Illegal Alien Data |
| 15 | Decl. of R. Vitiello |
| 16 | 2.2.2021 DHS letter to Texas |
| 17 | Gone to Texas |
| 18 | Texas Foreign Born Immigration |

Date: February 5, 2021

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

PATRICK K. SWEETEN
Associate Deputy Attorney General for Special Litigation

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER
Deputy Chief, Special Litigation Unit
*Attorney-in-Charge*
Texas Bar No. 24081854
Southern District of Texas Bar No. 2985472

WILLIAM T. THOMPSON
Special Counsel
Special Litigation Unit
Texas Bar No. 24088531
Southern District of Texas Bar No. 3053077

RYAN D. WALTERS
Special Counsel
Special Litigation Unit
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185

Special Litigation Unit
P.O. Box 12548
Austin, Texas 78711-2548
Phone: (512) 936-2567
Fax: (512) 936-0545
Patrick.Sweeten@oag.texas.gov
Todd.Disher@oag.texas.gov
Will.Thompson@oag.texas.gov
Ryan.Walters@oag.texas.gov

*Counsel for the State of Texas*

## CERTIFICATE OF SERVICE

I certify that on February 5, 2021, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

*/s/ Todd Lawrence Disher*
TODD LAWRENCE DISHER