**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
VICTORIA DIVISION**

|  |  |
|---|---|
| STATE OF TEXAS,<br>   Plaintiff,<br>      v.<br>UNITED STATES OF AMERICA, *et al.*,<br>   Defendants,<br>FIEL Houston, *et al.*,<br>   Defendants-Intervenors, | Case No. 6:21-cv-0003-DBT |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, movant and proposed *amicus curiae* Immigration Reform Law Institute has no parent corporations and no outstanding stock within the ambit of Rule 7.1.

Dated: February 9, 2021

Respectfully submitted,

/s/ Lawrence J. Joseph
Lawrence J. Joseph
 Counsel of Record
D.C. Bar No. 464777 (admitted *pro hac vice*)
1250 Connecticut Av NW, Ste 700-1A
Washington, DC 20036
Tel: 202-669-5135
Fax: 202-318-2254
Email: ljoseph@larryjoseph.com

*Counsel for Movant*

1