# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS,
# VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>    Defendants,<br><br>FIEL Houston, *et al.*,<br><br>    Defendants-Intervenors, | Case No. 6:21-cv-0003-DBT |

## [PROPOSED] ORDER

On considering the unopposed motion of Immigration Reform Law Institute for leave to file a memorandum of law as *amicus curiae* in support of plaintiff's motion for a preliminary injunction, the memorandum of law submitted therewith, and the lack of any opposition thereto, the Court holds that the motion should be granted. For the foregoing reasons, it is hereby

**ORDERED** that the Motion for Leave to File is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is directed to file the Memorandum of Law submitted with the Motion for Leave to File.

Dated: _____, 2021

_____
UNITED STATES DISTRICT JUDGE