UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>          Plaintiff,<br>    v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>          Defendants,<br><br>*and* FIEL HOUSTON, *et al.*,<br><br>          Intervenor-Defendants. | Case No. 6:21-cv-00003 |

**UNOPPOSED MOTION OF NEW YORK, CALIFORNIA, CONNECTICUT, DELAWARE, THE DISTRICT OF COLUMBIA, ILLINOIS, MARYLAND, MASSACHUSETTS, NEVADA, NEW JERSEY, NEW MEXICO, OREGON, RHODE ISLAND, VERMONT, VIRGINIA, AND WASHINGTON
FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF IN SUPPORT OF DEFENDANTS**

The State of New York, together with, California, Connecticut, Delaware, the District Of Columbia, Illinois, Maryland, Massachusetts, Nevada, New Jersey, New Mexico, Oregon, Rhode Island, Vermont, Virginia, and Washington (the "Amici States"), respectfully move for leave to file an *amicus curie* brief in support of Defendants and in Opposition to Plaintiff's Motion for a Preliminary Injunction (ECF No. 62).

"The extent to which the court permits or denies *amicus* briefing lies solely within the court's discretion. Factors relevant to the determination of whether amicus briefing should be allowed include whether the proffered information is timely and useful or otherwise necessary to the administration of justice." *U.S. ex rel. Gudur v. Deloitte Consulting LLP*, 512 F. Supp. 2d 920, 927 (S.D. Tex. 2007), *aff'd sub nom. U.S. ex rel. Gudur v. Deloitte & Touche*, No. 07-20414, 2008 WL 3244000 (5th Cir. Aug. 7, 2008) (internal quotation marks omitted).

Amici States have a direct interest in this litigation because Plaintiff has requested relief that could affect federal immigration enforcement within our borders. As fellow States, Amici have a unique perspective to provide to this Court. In particular, Amici States can highlight the serious federalism interests at stake in this action, and the harms that would flow to Amici States if Plaintiff's requested relief were granted.

The Amici States respectfully submit that the proposed *amicus curiae* brief will assist the Court in addressing the impact of Plaintiff's requested relief on state sovereignty and federal immigration policy. Amici States' motion is timely pursuant to the briefing schedule ordered by this Court. Accordingly, Amici States request the Court's leave to file the proposed brief.

Date:   February 12, 2021                    Respectfully submitted,

                                             LETITIA JAMES
                                             *Attorney General State of New York*

                                             By: */s/ Morenike Fajana*
Steven C. Wu*                                Morenike Fajana*
Deputy Solicitor General                     Special Counsel
                                             (NY Bar No.: 5266846; SDNY No.:MF8197)
                                             28 Liberty Street
                                             New York, NY 10005
                                             (212) 416-6134
                                             Morenike.Fajana@ag.ny.gov

*Admitted to practice pro hac vice

(*Counsel list continues on next page.*)

XAVIER BECERRA
*Attorney General of California*
1515 Clay Street, Suite 2000
Oakland, CA 94612

WILLIAM TONG
*Attorney General of Connecticut*
165 Capitol Avenue
Hartford, CT 06106

KATHLEEN JENNINGS
*Attorney General of Delaware*
Carvel State Building
820 N. French Street
Wilmington, DE 19801

KARL A. RACINE
*Attorney General for the*
*District of Columbia*
One Judiciary Square
441 4th Street, N.W.
Washington, DC 20001

KWAME RAOUL
*Attorney General of Illinois*
100 West Randolph Street
Chicago, IL 60601

BRIAN E. FROSH
*Attorney General of Maryland*
200 Saint Paul Place
Baltimore, MD 21202

MAURA HEALEY
*Attorney General of Massachusetts*
One Ashburton Place
Boston, MA 02108

AARON D. FORD
*Attorney General of Nevada*
100 North Carson Street
Carson City, NV 89701

GURBIR S. GREWAL
*Attorney General of New Jersey*
25 Market Street
Trenton, NJ 08625

HECTOR BALDERAS
*Attorney General of New Mexico*
408 Galisteo Street
Santa Fe, NM 87501

ELLEN F. ROSENBLUM
*Attorney General of Oregon*
1162 Court Street, NE
Salem, OR 97301

PETER F. NERONHA
*Attorney General of Rhode Island*
150 South Main Street
Providence, RI 02903

THOMAS J. DONOVAN, JR.
*Attorney General of Vermont*
109 State Street
Montpelier, VT 05609

MARK R. HERRING
*Attorney General of Virginia*
202 North 9th Street
Richmond, VA 23219

ROBERT W. FERGUSON
*Attorney General of Washington*
P.O. Box 40100
Olympia, WA 98504

## CERTIFICATE OF COMPLIANCE WITH LOCAL CIVIL RULE 7

Amici States conferred with Counsel for all parties in this matter. Counsel for the Plaintiff do not oppose the instant motion. Counsel for the Defendants and Counsel for the Intervenor-Defendants both consent to the instant motion.

Dated: February 12, 2021                                                         */s/Morenike Fajana*
                                                                                                    Morenike Fajana

## CERTIFICATE OF SERVICE

I hereby certify that on February 12, 2021, a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) and served on all counsel of record.

Dated: February 12, 2021                                                         */s/Morenike Fajana*
                                                                                                    Morenike Fajana