IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>*Defendants*,<br><br>and<br><br>FIEL HOUSTON, *et al.*,<br><br>*Intervenor-Defendants*. | Case No. 6:21-cv-00003 |

**[PROPOSED] ORDER**

Pending before the Court is Texas's Motion for Preliminary Injunction. (Dkt. No. 62). After reviewing the Motion, the Responses, the record and the applicable law, the Court is of the opinion that it should be DENIED.

It is SO ORDERED.

Signed this ___ of _____, 2021.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**