WILLIAM F. READE, Jr. LTC USA (Ret)
Private Attorney General (pro se 42 U.S.C. 1983)
55 Captain Nickerson Road
South Yarmouth, MA 02675-1474
508-362-1230;  wfreadejr@comcast.net

**Nathan Ochsner Clerk of Court**
312 S. Main St., Room 406
Victoria, **Texas** 77901

Re: United States District Court Southern District of Texas; Civil Action No. 6:21-cv-00003

Dear Mr. Ochsner,

    I am requesting permission to submit the attached Amicus Curiae Brief in support of the State of Texas v. The United States of America David Pekoske, Acting Secretary of The United States Department of Homeland Security, in his official capacity; et al.

    I am also including information that I have assembled and must submit to a Judge or Someone in authority or be prosecuted under the statute. It is my Belief that if fully investigated many wrongs will be uncovered and the perpetrators will be punished.

God Bless America Sincerely

*[signature: William Reade Jr]*

WILLIAM F. READE, Jr. LTC USA (Ret)
Private Attorney General (pro se 42 U.S.C. 1983)
55 Captain Nickerson Road
South Yarmouth, MA 02675-1474
508-362-1230;  wfreadejr@comcast.net