# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS

State of Texas

v.                                         Case Number: 6:21−cv−00003

United States of America, et al.

---

## Notice of Setting

**A proceeding has been set in this case as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**

Martin Luther King, Jr., Federal Building
312 S. Main
Victoria, TX 77901

**DATE:** 5/14/2021

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Status Conference

---

Date:   May 11, 2021                                        Nathan Ochsner, Clerk