IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| STATE OF TEXAS,<br><br>*Plaintiff*,<br><br>v.<br><br>The UNITED STATES OF AMERICA, et al.<br><br>*Defendants,*<br><br>FIEL HOUSTON and REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES,<br><br>*Intervenor-Defendants*. | Civ. Action No. 6:21-cv-00003 |

**STIPULATION OF ALL PARTIES TO VOLUNTARY DISMISSAL OF THIS ACTION**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff State of Texas, Defendants United States of America, *et al.*, and Intervenor-Defendants FIEL Houston and Refugee and Immigrant Center for Education and Legal Services (the "Parties"), through undersigned counsel, stipulate to the dismissal of this action and that each Party will bear its own costs.

The object of all of Plaintiff's claims, the 100-day pause on the removal of aliens already subject to a final order of removal, previously enjoined by the Court, has expired.

In light of the fact that the 100-day pause on removals has lapsed, Defendants further stipulate that they do not intend to extend or reinstate such a policy requiring a pause on the execution of final orders of removal for noncitizens. *See* DHS Statement on the Expiration of 100-day Removal Pause, available at https://www.dhs.gov/news/2021/05/06/dhs-statement-expiration-100-day-removal-pause.

Intervenor-Defendants stipulate that they do not intend, in order to extend or reinstate the challenged pause on the execution of final orders of removal for any noncitizens, to challenge any administrative action or inaction by Defendants.

| | |
|---|---|
| Date: May 20, 2021 | Stipulated and agreed by: |

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

JUDD E. STONE II
Solicitor General

/s/ Patrick K. Sweeten
PATRICK K. SWEETEN
Deputy Attorney General for Special Litigation
*Attorney-in-Charge*
Texas Bar No. 00798537
Southern District of Texas Bar No. 1829509

WILLIAM T. THOMPSON
Deputy Chief, Special Litigation Unit
Texas Bar No. 24088531
Southern District of Texas Bar No. 3053077

RYAN D. WALTERS
Special Counsel, Special Litigation Unit
Texas Bar No. 24105085
Southern District of Texas Bar No. 3369185

OFFICE OF THE ATTORNEY GENERAL
SPECIAL LITIGATION UNIT
P.O. Box 12548 (MC-009)
Austin, Texas 78711-2548
Tel.: (512) 463-2100
Fax: (512) 936-0545
patrick.sweeten@oag.texas.gov
will.thompson@oag.texas.gov
ryan.walters@oag.texas.gov

*Counsel for Plaintiff State of Texas*

BRIAN M. BOYNTON
Acting Assistant Attorney General

AUGUST FLENTJE
Special Counsel

BRIGHAM J. BOWEN
Assistant Branch Director

/s/ *Adam D. Kirschner*
ADAM D. KIRSCHNER
Attorney-in-charge
IL Bar. No. 6286601
Senior Trial Counsel
BRIAN C. ROSEN-SHAUD
ME Bar No. 006018
MICHAEL F. KNAPP
CA Bar No. 314104
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
Tel: (202) 353-9265
Fax: (202) 616-8460
Email: Adam.Kirschner@usdoj.gov
Brian.C.Rosen-Shaud@usdoj.gov
Michael.F.Knapp@usdoj.gov

Mailing Address:
Post Office Box 883
Washington, D.C. 20044
Courier Address
1100 L Street NW, Room 11020
Washington, D.C. 20005

DANIEL DAVID HU
Assistant United States Attorney
Chief, Civil Division
Southern District of Texas
State Bar No. 10131415
S.D. I.D. 7959
1000 Louisiana, Suite 2300 Houston, TX 77002
Tel: (713) 567-9000
Fax: (713) 718-3300
Daniel.Hu@usdoj.gov

*Counsel for Defendants*

3

| | |
|---|---|
| Andre Segura<br>(Tex. 24107112; S.D. Tex. 3123385)<br>Kathryn Huddleston*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF TEXAS, INC.<br>5225 Katy Fwy., Suite 350<br>Houston, Texas 77007<br>(713) 942-8146<br>asegura@aclutx.org<br>khuddleston@aclutx.org | */s/ Cody Wofsy*<br>Cody Wofsy*<br>Spencer E. Amdur*<br>AMERICAN CIVIL LIBERTIES UNION<br>39 Drumm Street<br>San Francisco, CA 94111<br>Telephone: (415) 343-1198<br>cwofsy@aclu.org<br>samdur@aclu.org<br><br>Omar C. Jadwat*<br>Michael K.T. Tan*<br>Anand Balakrishnan*<br>Noor Zafar*<br>David Chen*<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION, IMMIGRANTS'<br>RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2600<br>ojadwat@aclu.org<br>mtan@aclu.org<br>abalakrishnan@aclu.org<br>nzafar@aclu.org<br>dchen@aclu.org<br><br>*Counsel for Intervenor-Defendants*<br>*FIEL Houston and Refugee and Immigrant Center*<br>*for Education and Legal Services*<br><br>**Admitted pro hac vice* |

### CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on May 20, 2021, which automatically serves all counsel of record who are registered to receive notices in this case.

*/s/Patrick K. Sweeten*
PATRICK K. SWEETEN